BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant GATLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00189 SBA [WDB] |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | MODIFYING CONDITIONS OF |
| ) | PRETRIAL RELEASE |
| CARL GATLIN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for defendant Carl Gatlin may be modified to allow Mr Gatlin to travel to the Eastern District of California at the discretion of United States Pretrial Services.  Mr. Gatlin would like to travel to the Eastern District of California because his long-time girlfriend, Laquita Cotton, is expecting the couple's first child in mid-June, 2006.  Ms. Cotton lives in Sacramento, California.  Mr. Gatlin would like to be able to travel to Sacramento, California, so that he can be with Ms. Cotton when she has the baby and also assist in caring for the baby.  In addition, Ms. Cotton has an appointment on June 1, 2006, at 9:30 a.m. in Kaiser Sacramento, to tour the

TRAVEL ORDER                                           - 1 -

hospital and for pre-registration.  Mr. Gatlin would like to accompany her to this appointment to learn more about what will happen when his girlfriend goes into labor.

Counsel for Mr. Gatlin spoke with United States Pretrial Services Officer Anthony Granados, who works closely with United States Pretrial Services Officer Richard Sarlatte.  Mr. Sarlatte is in training.  Mr. Granados indicated that Mr. Gatlin has been in compliance with his conditions of release and that Mr. Granados has no objection to Mr. Gatlin's proposed travel on June 1, 2006, so long as the Court modifies Mr. Gatlin's conditions of release to allow him to travel to the Eastern District of California.

/S/

DATED: May 31, 2006  _____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: May 31, 2006  _____
GARTH HIRE
Assistant United States Attorney

**SIGNATURE ATTESTATION**

_____I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

1
2
3
# ORDER
4
5   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial
6 release for Carl Gatlin may be modified to allow him to travel to the Eastern District of California
7 with the approval of an officer from the United States Pretrial Services Office.
8   SO ORDERED.
9
10 DATED:   May 31, 2006
11
12
13
                                   _____
14                                 WAYNE D. BRAZIL
                                   United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26

TRAVEL ORDER                                - 3 -