1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant GATLIN
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  No. CR 06-00189 SBA [WDB]
12              Plaintiff,          )
                                    )  STIPULATION AND
13       v.                         )  ORDER MODIFYING CONDITIONS
                                    )  OF PRETRIAL RELEASE
14 CARL GATLIN,                     )
                                    )
15                                  )
                                    )
16              Defendant.          )

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the condition
18
   of pretrial release for defendant Carl Gatlin which requires that he stay away from areas of
19
   Richmond, California, may be modified to allow Mr Gatlin to travel to Richmond, California in
20
   order to (1) attend court appearances in superior court located in Richmond, California, for case
21
   docket number 2-2880888; and (2) visit with his attorney, Contra Costa County public defender
22
   Ms. Jermel Thomas, and other members of her office, in connection with the pending state court
23
   case referenced above.
24
25       All other conditions of release shall remain the same.
26

ORDER MODIFYING CONDITIONS
OF PRETRIAL RELEASE              - 1 -

DATED: July 20, 2006

JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED: July 20, 2006

GARTH HIRE    /S/
Assistant United States Attorney

SIGNATURE ATTESTATION

____I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the condition of pretrial release for defendant Carl Gatlin which requires that he stay away from areas of Richmond, California, shall be modified to allow Mr Gatlin to travel to Richmond, California in order to (1) attend court appearances in superior court located in Richmond, California, for case docket number 2-2880888; and (2) visit with his attorney, Contra Costa County public defender Ms. Jermel Thomas, and other members of her office, in connection with the pending state court case referenced above.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: July 21, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

WAYNE D. BRAZIL
United States Magistrate Judge

ORDER MODIFYING CONDITIONS
OF PRETRIAL RELEASE                - 2 -