1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant GATLIN

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )
                                    )  No. CR 06-00189 SBA [WDB]
12              Plaintiff,          )
                                    )  ORDER REMOVING SURETY
13      v.                          )  LAQUITA COTTON FROM THE
                                    )  BOND
14 CARL GATLIN,                     )
                                    )
15                                  )
                                    )
16              Defendant.          )

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Laquita Cotton be removed as a surety from the bond which was issued in the above-referenced case.  All other conditions of release shall remain the same.

SO ORDERED.

DATED: August 31, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*IT IS SO ORDERED — Judge Wayne D. Brazil*

ORDER                                - 1 -