BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant GATLIN

**FILED**

DEC 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-00189 SBA [WDB] |
| v. | ) | STIPULATION AND [PROPOSED] |
| CARL GATLIN, | ) | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for defendant Carl Gatlin may be modified to allow Mr Gatlin to leave his residence during the day and be placed on a curfew, as directed by his United States Pretrial Services officer, Richard Sarlatte. It is further stipulated that Mr. Gatlin may travel to Sacramento, California, also at the direction of his United States Pretrial Services officer, in order to spend more time caring for, and visiting with, his baby boy. Finally, it is stipulated that Mr. Gatlin may be taken off the GPS tracking system and, instead, placed on the electronic monitoring system. All other conditions of release shall remain the same.

ORDER MODIFYING
CONDITIONS OF RELEASE                -1-

cc: WDB's Staff, Copy to parties via ECF
Pretrial, Lisa, Financial

Counsel for Mr. Gatlin spoke with United States Pretrial Services Officer Richard Sarlatte who is in agreement with the proposed modifications.

DATED: December 18, 2006

*Joyce Leavitt*
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: December 18, 2006

GARTH HIRE
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for defendant Carl Gatlin may be modified to allow Mr Gatlin to leave his residence during the day and be placed on a curfew, as directed by his United States Pretrial Services officer, Richard Sarlatte. It is further stipulated that Mr. Gatlin may travel to Sacramento, California, also at the direction of his United States Pretrial Services officer, in order to spend more time caring for, and visiting with, his baby boy. Finally, it is stipulated that Mr. Gatlin may be taken off the GPS tracking system and, instead, placed on the electronic monitoring system. All other conditions of release shall remain the same.

SO ORDERED:

DATED: 12/20/06

*Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER MODIFYING
CONDITIONS OF RELEASE                                         -2-