1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4
Counsel for Defendant GATLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00189 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER ADVANCING |
| | ) | SENTENCING DATE |
| | ) | |
| CARL GATLIN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Tuesday, April 10, 2007, at 10:00 a.m. in Oakland, California, before Honorable Saundra Brown Armstrong, may be advanced one week to Tuesday, April 3, 2007, at 10:00 a.m., in Oakland, California. Defense counsel has spoken with United States Probation Officer Jessica Goldsberry who has no objection to advancing the sentencing date to April 3, 2007. USPO Goldsberry indicated that she will disclose the draft and final Presentence report using April 3, 2007, rather than April 10, 2007, as the sentencing date.

STIP. CONTINUING
SENTENCING DATE - 1 -

| | |
|---|---|
| DATED: February 12, 2007 | /S/ _____ <br> JOYCE LEAVITT <br> Assistant Federal Public Defender |
| DATED: February 12, 2007 | /S/ _____ <br> W. DOUGLAS SPRAGUE <br> Assistant United States Attorney |

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for April 10, 2007, at 10:00 a.m., in Oakland, California, before Honorable Judge Saundra Brown Armstrong, shall be advanced one week to April 3, 2007, at 10:00 a.m., in Oakland, California.

SO ORDERED.

DATED: 3/27/08                                   _____*Saundra B. Armstrong*_____
                                                          HONORABLE SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge

STIP. CONTINUING
SENTENCING DATE                - 2 -