MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>                    )<br>  v.                      )<br>                    )<br>CARL MICHAEL GATLIN, )<br>      Defendant. ) | No. CR  06-00189 SBA<br><br>STIPULATION TO RESCHEDULE HEARING;  ORDER |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

      1.     This matter is presently scheduled for a final hearing on supervised release revocation for Tuesday, February 8, 2011.  The parties require additional time to review the sentencing memorandum prepared by the USPO and to prepare their own sentencing memoranda.  In addition, government counsel is now unavailable on February 8.

      2.     Accordingly, both counsel for the government and the defendant respectfully request that the matter be continued to 10:00 a.m. on Tuesday, March 8, 2011, for a final hearing on supervised release revocation.

3. The assigned USPO does not object to the requested continuance.

IT IS SO STIPULATED.

DATE: February 2, 2011          Respectfully submitted,

MELINDA HAAG
United States Attorney

     /s/
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATE: February 2, 2011          /s/
JOYCE LEAVITT, ESQ.

Counsel for Carl Michael Gatlin

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The presently scheduled February 8, 2011, hearing on supervised release revocation is hereby vacated. A final hearing on supervised release revocation in this matter is hereby scheduled before this Court for 11:00 a.m. on March 9, 2011.

DATED: 2/2/11          *Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE