1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 06-00189 SBA
                                    )
14       Plaintiff,                 )   STIPULATION TO RESCHEDULE
                                    )   HEARING; ORDER
15    v.                            )
                                    )
16 CARL MICHAEL GATLIN,             )
                                    )
17       Defendant.                 )
                                    )
18

19         Plaintiff, by and through its attorney of record, and defendant, by and through his

20 attorney of record, hereby stipulate and ask the Court to find and order as follows:

21         1.      This matter is presently scheduled for a final hearing on supervised release

22 revocation for Wednesday, March 9, 2011.  The parties require additional time to review the

23 sentencing memorandum prepared by the USPO and to prepare their own sentencing

24 memoranda.

25         2.      Accordingly, both counsel for the government and the defendant respectfully

26 request that the matter be continued to 10:00 a.m. on Tuesday, April 26, 2011, for a final hearing

27 on supervised release revocation.

28

                                          1

3. The assigned USPO concurs with the requested continuance.

IT IS SO STIPULATED.

DATE: March 7, 2011               Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney


                                  ____/s/_____
                                  GARTH HIRE
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA




DATE: March 7, 2011               ____/s/_____
                                  JOYCE LEAVITT, ESQ.

                                  Counsel for Carl Michael Gatlin

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The presently scheduled March 9, 2011, hearing on supervised release revocation is hereby vacated. A final hearing on supervised release revocation in this matter is hereby scheduled before this Court for 10:00 a.m. on April 26, 2011.

DATED: 3/8/11                     _____
                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE